

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00053-CR

DEXTER BLACK, Appellant

§ On Appeal from the 211th District Court

§ of Denton County (F22-2241-211)

V.

§ March 13, 2025

§ Memorandum Opinion by Justice Walker

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the finding of family violence. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker